No. 81–709.   PICKETTS *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 81–725.   JOHNSON *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–727.   JOHNSTON *v.* UNITED STATES ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 81–732.   WALTON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–737.   MCFILLIN *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–5032.   BARKSDALE *v.* BLACKBURN, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 81–5050.   ANTONELLI *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 81–5068.   HENSON *v.* ESTELLE, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 81–5075.   URDY *v.* TEXAS ET AL.   Ct. Crim. App. Tex.   Certiorari denied.

No. 81–5080.   ROBINSON *v.* FLORIDA.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 81–5125.   JETER *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 81–5140.   MAXIE ET AL. *v.* HEY, JUDGE.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 81–5175.   CUTHBERTSON ET AL. *v.* CBS, INC., ET AL.   C. A. 3d Cir.   Certiorari denied.